UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ender Gabriel Portillo Rivas

       v.                                                  Case No. 1:26-cv-00262-JL

David Wesling, et al.

## **ORDER**

Before the court is the habeas petition brought by Ender Gabriel Portillo Rivas challenging his ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2]  In response, the respondents note that they "object[s] to this Court granting relief… on the basis of [] *Destino*" on the ground that the case was "wrongly decided," but concede that "the court would reach the same conclusion and would order that Petitioner be afforded a bond hearing before an [Immigration Judge]" if it applied *Destino*'s reasoning here.[3]  The respondents further concede that "Petitioner appears to be a member of the certified classes" in *Guerrero Orellana v. Moniz*, 2025 WL 3687757 (D. Mass. Dec. 19, 2025) and *Maldonado Bautista v. Santacruz*, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).[4]

Thus, no cause having been shown, the court GRANTS the petition[5] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report on or before **April 23, 2026**.

       SO ORDERED.

                                        Joseph N. Laplante
                                        United States District Judge

Dated: April 13, 2026

Cc: Counsel of record

---

[1] Doc. no. 1.
[2] Doc. no. 3.
[3] Show Cause Response (doc. no. 6) at 3-4.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[4] *Id.*
[5] Doc. no. 1.